IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. CR 18-3983 MV

HORTENCIA GUTIERREZ,

Defendant.

ORDER REVOKING RELEASE PENDING REVOCATION HEARING

THIS MATTER is before the Court for hearing, the Court having found that the Defendant violated her conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant HORTENCIA GUTIERREZ, be remanded to the custody of the U.S. Marshal pending trial in this matter.

Steven C. Yarbrough, U.S. Magistrate Judge